ATLANTIC COAST LINE R. CO. v. UNITED STATES.

(Circuit Court of Appeals, Fourth Circuit.   February 3, 1914.)

No. 1195.

In Error to the District Court of the United States for the Eastern District of South Carolina, at Columbia; Henry A. M. Smith, Judge.

Action by the United States of America against the Atlantic Coast Line Railroad Company.   Judgment for plaintiff, and defendant brings error.   Affirmed.

George B. Elliott, of Wilmington, N. C. (P. A. Willcox, of Florence, S. C., on the brief), for plaintiff in error.

Ernest F. Cochran, U. S. Atty., of Anderson, S. C., and Philip J. Doherty, Special Asst. U. S. Atty., of Washington, D. C.

Before KNAPP and WOODS, Circuit Judges, and ROSE, District Judge.

KNAPP, Circuit Judge.   This case is determined by our decision, just announced, in United States v. Atlantic Coast Line (No. 1191) 211 Fed. 897, 128 C. C. A. ——.   For the reasons stated in the opinion in that case, the judgment herein is affirmed.